**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Pieter Heydenrych,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Frieson Dairy LLC and Friestad Farms, Inc.,<br><br>　　　　　Defendants. | Case No. 1:16-CV-07270<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge M. David Weisman |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

　　Plaintiff, Pieter Heydenrych, and Defendants, Frieson Dairy LLC and Friestad Farms, Inc., by and through their attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneysø fees, pursuant the partiesøsettlement agreement. The Court will retain jurisdiction to enforce the settlement agreement up to and including March 15, 2017.

Dated: January 19, 2017

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| By: **PIETER HEYDENRYCH**<br>By: /s/ Aaron B. Maduff<br>Aaron Benjamin Maduff<br>Walker R. Lawrence<br>Maduff & Maduff, LLC<br>205 N. Michigan Ave<br>Suite 2050<br>Chicago, IL 60601<br>abmaduff@madufflaw.com | **FRIESON DAIRY LLC and FRIESTAD FARMS, INC.**<br>By: /s/ Jennifer Adams Murphy<br>Jennifer Adams Murphy<br>Wessels Sherman<br>2035 Foxfield Road<br>St. Charles, Illinois 60174<br>jemurphy@wesselssherman.com |

# EXHIBIT A